IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                  CRIMINAL NO. 5:03-cr-5-003(DGB)(AGN)

DAVID RAYMOND RABY, JR.

ORDER

This cause is before the Court on the defendant's motion for copies **(docket entry 94)**.  Having carefully considered the motion, the Court finds as follows:

Sentence was imposed on the defendant on February 10, 2004. Judgment was entered of record on February 20, 2004.  The defendant did not file an appeal; therefore, he is not entitled to copies at government expense in connection with an appeal.  Nor does the defendant have other grounds for copies at government expense. See United States v. Stokes, 235 F.3d 1341, 2000 WL 1672860 (5ᵗʰ Cir. 2000); U.S. v. Guzman, 101 F.3d 701, 1996 WL 661631 (5ᵗʰ Cir. 1996)("A federal prisoner who has not attempted to file a petition collaterally attacking his conviction is not entitled to obtain copies of court records at government expense to search for possible error.").  Accordingly,

IT IS HEREBY ORDERED that the defendant's motion for copies **(docket entry 94)** is DENIED.

SO ORDERED, this the  28ᵗʰ  day of September, 2007.

                                   s/David Bramlette
                                   UNITED STATES DISTRICT JUDGE